_Ms. Lonnie Williams_
(Name)

_(RJDCF) P.O. Box 799002_
(Address)

_San Diego, CA 92179_
(City, State, Zip)

_#T-54378_
(CDC Inmate No.)

Original or COPY

2254     1983 ✓
FILING FEE PAID
Yes ____ No ____
IFP MOTION FILED
Yes ✓ No ____
COPIES SENT TO
Court ____ ProSe ____

FILED
JAN 1 2 2012
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District of California

_Ms. Lonnie Williams_
(Enter full name of plaintiff in this action.)

Plaintiff,

v.

_Daniel Paramo_
_R. Olson_
_E. Marrero_
_Los Angeles County_
(Enter full name of each defendant in this action.)

Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

'12 CV 0113 BTM RBB

Civil Case No._____
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983
_Injunctive and
Declaratory Reliefs.
Monetary Reliefs._

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.
_The plaintiff resides in its jurisdiction at RJDCF in San Diego_

## B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Plaintiff, _Ms. Lonnie Willi-_
(print Plaintiff's name)
_ams,_____, who presently resides at _Richard J. Donovan_
(mailing address or place of confinement)
_Correctional Facility (hereinafter "RJDCF")___, were violated by the actions
of the below named individuals. The actions were directed against Plaintiff at _RJDCF, Los_
_Angeles County_____ on (dates) _2-19-91_, _8-26-91_, and _Filing_
(institution/place where violation occurred)    (Count 1)    (Count 2)    _date_ (Count 3)

§ 1983 SD Form
(Rev 4/06)

PAGE _1_ OF _28_ PAGES.

2. <u>Defendants</u>:  (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant **Daniel Paramo** resides in **San Diego**,
                (name)                                    (County of residence)
and is employed as a **RJDCF  Warden**. This defendant is sued in
                    (defendant's position/title (if any))
his/her ☑individual ☑official capacity.  (Check one or both.)  Explain how this defendant was acting

under color of law: **on date 1-05-2012 Defendant was/is employed**
**by CDCR at RJDCF  when the defendant violated the plaintiffs**
**Constitutional rights in question.**

Defendant **R. Olson** resides in **San Diego**,
                (name)                                    (County of residence)
and is employed as a **Correctional Counselor II**. This defendant is sued in
                    (defendant's position/title (if any))
his/her ☑individual ☑official capacity.  (Check one or both.)  Explain how this defendant was acting

under color of law: **on date 1-05-2012 Defendant was/is employed**
**by CDCR at RJDCF  when the defendant violated the plaintiffs**
**Constitutional rights in question.**

Defendant **E. Marrero** resides in **San Diego**,
                (name)                                    (County of residence)
and is employed as a **Associate Warden (A)**. This defendant is sued in
                    (defendant's position/title (if any))
his/her ☑individual ☑official capacity.  (Check one or both.)  Explain how this defendant was acting

under color of law: **on date 1-05-2012, Defendant was/is employed**
**by CDCR at RJDCF  when the defendant violated the plaintiffs**
**Constitutional rights in question.**

Defendant **Los Angeles County** resides in **Los Angeles**,
                (name)                                    (County of residence)
and is employed as a **County/State Entity**. This defendant is sued in
                    (defendant's position/title (if any))
his/her ☐ individual ☑official capacity.  (Check one or both.)  Explain how this defendant was acting

under color of law: **on dates 2-19-91, 8-26-91, 1-05-12, Defendant**
**was/is employed by the state of California as a county entity**
**when the defendant violated the Constitutional rights in ques-**
**tion of the plaintiff.**

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: *Due Process of law,*
(E.g., right to medical care, access to courts,

*cruel & unusual punishment, Slander-libel-Conspiracy.*
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

On date 1-05-2012 a.m. hours defendant Daniel Paramo Conspired with defendants R. Olson, E. Marrero, Los Angeles County and the District Attorney by placing a "R" Suffix upon the plaintiff alleging that on 8-26-91, 8-27-91, and 8-29-91, the plaintiff, (under juvenile court case number TJ01103) I was allegedly convicted and allegedly pleaded guilty to Penal Code § 243.4 Sexual Battery - when I enformed Defendant Paramo, Olson and Marrero that I was never convicted of Sexual Battery (alleged) and that the County of Los Angeles has made an error because juvenile case # TJ01103 is the case number for the Battery on A Person for violations of Penal Code §§ 242 and 243(A) on dates 2-19-91 and 2-20-91 and that I was falsely sent to California Youth Authority (CYA) for allegedly Sexual Battery when in fact I was never convicted by a Court of law for Sexual Battery in juvenile case # TJ01103. The plaintiff was never found guilty of or for Sexual Battery by a Court of Law. And the defendants know this, and is not complying with their Regulations or policies California Code of Regulations (CCR) Title 15 § 3377.1 (b)(9) which states: "(A)n "R" suffix shall not be applied if the inmate was acquitted/found not guilty of the sex related charges in a court of law." The Administrative Procedure Act (APA) the defendants are not Complying with.

§ 1983 SD Form
(Rev. 4/06)

3

Count 2:  The following civil right has been violated: *Disregard to Safety of*
*the plaintiff from harm, Imminent Dangers*
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:  [Include all facts you consider important to Count 2.  State what happened clearly and in your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

on date 1-05-2012 the plaintiff enformed Defendants Daniel Paramo, R. Olson, and E. Marrero that Correctional officer (c/o) I. Marquez, (while attending ICC), told several inmates (in my presence) that I was/am a convicted sex offender and the plaintiff have been receiving threats of harm from Two-Five gang members and taunts, harassments, and safety concerns. The Two-Five disruptive group is a Protective Custody (sensitive Needs Yard) prison and/or street gang and the plaintiff is under Protective Custody and have to be in a SNY prison with the Two-Five gang-members. I enformed Daniel Paramo that I am in imminent dangers of irreparable harm, injuries and death by the Two-Five gang members who have threatened and stated that "-they will get" me for being allegedly a sex offender. And Daniel Paramo stated: "So what! That is not my problem! That is your problem!" disregarding the safety, imminent dangers, and threats upon the plaintiff (in retaliations) because of allegedly being a sex offender, and the actions of the defendants on date 1-05-2012 at ICC by placing a "R" suffix upon the plaintiff.

I am still in imminent dangers of irreparable harm, injuries and death. Farmer v. Brennan, (1994) 114 S. Ct. 1970, 128 L. Ed. 2d 811 (noting, Authorities must protect inmate against current threats from fellow prisoners, but also must guard against sufficiently imminent dangers that are likely to cause harm in next week, month, or year).

Count 3:  The following civil right has been violated: *"Attempts" to Exhaust*

(E.g., right to medical care, access to courts,

*Administrative Remedies/File Grievances*

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:   [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

On date 1-05-2012, p.m. hours I attempted to file an grievance as to all the allegations raised in this Civil Action and CCII Appeals at RJDCF R. Cobb, rejected the appeal and refused to file the grievance or allow the plaintiff to grievance the "R" suffix or the defendants actions which violated my Constitutional rights.

The defendant Los Angeles County is a local government unit and "(l)ocal government units can be sued and recovered against by citizens under § 1983 for deprivation of federal constitutional rights." (See, Marchese v. Lucas, (1985) 758 F.2d, 1 at 181).

I declare under penalty of perjury that the foregoing is true and correct.
Executed this on 10th, day of, January, 2012.

Respectfully,

(S) Lonnie Williams

Ms. Lonnie Williams

Pro se Plaintiff

**D.  Previous Lawsuits and Administrative Relief**

1.  Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case?  ☐ Yes  ☑ No.

If your answer is "Yes", describe each suit in the space below.  [If more than one, attach additional pages providing the same information as below.]

(a)  Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b)  Name of the court and docket number: _____

_____.

(c)  Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____

_____.

(d)  Issues raised: _____

_____

_____

_____

_____

(e)  Approximate date case was filed: _____.

(f)  Approximate date of disposition: _____.

2.  Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ?  ☑ Yes  ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results.   If your answer is "No", briefly explain why administrative relief was not sought.

_____

_____

_____ SEE COUNT 3 Above _____

_____

_____

_____

_____

_____

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

      1. An injunction preventing defendant(s): Injunctive / Declaratory relief's Removing the "R" suffix and Removing the Sexual Battery from the plaintiff's CLETS, and Criminal Records.

      2. Damages in the sum of $ $20 million.

      3. Punitive damages in the sum of $ $10 million.

      4. Other: Attorney Fees & Costs, victim's Compensation, all Costs and injunctive and declaratory reliefs.

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☑ Jury ☐ Court.  (Choose one.)

**G.  Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

**OR**

☑ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

January 10, 2012.
Date

*Lennine Willi*
Signature of Plaintiff

EXHIBIT [A]

PAGE __8__ OF __28__ PAGES.

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF LOS ANGELES

### PROBATION OFFICER'S REPORT

THE PEOPLE OF THE STATE OF CALIFORNIA,

**REPORT SEQUENCE NO.:** 1

**Plaintiff**

**vs**

LONNIE CLARK WILLIAMS,

AKA: LONNIE CLARK WILLIAMS JR.

**Defendant**

| HEARING DATE | COURT-DEPT/DIV | COURT CASE NO./DEF. ID |
|---|---|---|
| 01/23/2009 | LAC-36 | BA351141-01 |

| JUDGE | ATTORNEY | PROSECUTOR |
|---|---|---|
| LOUSTEAU | PRO PER | O'CONNELL |

| ADDRESS RELEASE | | |
|---|---|---|
| 8101 ORION AVENUE VAN NUYS, CALIFORNIA 91401 | | |

| DPO | AREA OFFICE |
|---|---|
| JILL NAKASAKO | HA |

| BIRTH DATE | GENDER | ETHNICITY |
|---|---|---|
| 08/15/1975 | MALE | BLACK |

**DRIVER'S LICENSE – EXPIRATION DATE:** B4751094  ID

| PROBATION NO. | SID NO. | MAIN NO. |
|---|---|---|
| X- 1632518 | A08873001 | 04375157 |

CITIZENSHIP STATUS BORN IN THE U.S.

ALIEN REGISTRATION NO.:   N/A

ESTIMATED DAYS IN JAIL THIS CASE: 44  BOOKING NO.: 1562403

CUSTODY STATUS:  IN CUSTODY - COUNTY JAIL

RELEASE DATE:

## PRE-CONVICTION (PC 1203.7) REPORT

### RECOMMENDATION:

☐ PROBATION

☒ DENIAL
    ☐ COUNTY JAIL
    ☒ STATE PRISON

☐ OTHER: _____

☐ CDCR-DIV OF JUVENILE JUSTICE

☐ DIAGNOSTIC STUDY
    ☐ WIC707.2
    ☐ PC1203.03

☐ 730 EC

### PRESENT OFFENSE:  LEGAL HISTORY

**CHARGED with the crimes of** (INCLUDE PRIORS,ENHANCEMENTS OR SPECIAL CIRCUMSTANCES)
COUNT 1: 4502(A) PENAL CODE (CUSTODIAL POSSESSION OF WEAPON)
SPECIAL ALLEGATION PURSUANT TO 1170.12(A)-(D) PENAL CODE
SPECIAL ALLEGATION PURSUANT TO 667.5(B) PENAL CODE
SPECIAL ALLEGATION  PURSUANT TO 1203(E)(4) PENAL CODE

**CONVICTED of the crimes of** (INCLUDE PRIORS,ENHANCEMENTS OR SPECIAL CIRCUMSTANCES)
N/A, PRECONVICTION PROBATION REPORT

| CONVICTED BY | DATE OF REFERRAL | COUNT(S) CONTINUED TO P&S |
|---|---|---|
| N/A | 1-12-09 | N/A |

| PROPOSED PLEA AGREEMENT | SOURCES OF INFORMATION |
|---|---|
| N/A | DISTRICT ATTORNEY PACKET |

| DATE(S) OF OFFENSE | TIME(S) |
|---|---|
| 12/09/2008 | 2115 HOURS |

| DEFENDANT: (SEE PRIOR RECORD SECTION) | | HOLDS/WARRANTS |
|---|---|---|
| ☐ N/A   ☐ SENTENCED TO STATE PRISON/COUNTY JAIL ON CASE | | ☒ NO ☐ YES |
| ☐ ON FORMAL/SUMMARY PROBATION   ☒ PENDING NEW CASE BA344100-01 | | |
| ☐ PENDING PROBATION VIOLATION   ☒ ON PAROLE - REMAINING TIME 3-4-11 | | |

Prob. 19SC (Rev. 04/08)

**PRESENT OFFENSE:**
(CONTINUED)

| SOURCES OF INFORMATION (THIS PAGE) |
| --- |
| ☒ POLICE REPORT (S)   ☒ DISTRICT ATTORNEY |
| ☐ COURT RECORDS  ☒ OTHER: REFERRAL INFORMATION |

| ARREST DATE | TIME | BOOKED AS | OFFENSE | LOCATION OF ARREST | ARRESTING AGENCY |
| --- | --- | --- | --- | --- | --- |
| 12-9-08 | 2115 HOURS | LONNIE WILLIAMS | 4512(A) PENAL CODE | 441 BAUCHET STREET | LOS ANGELES SHERIFF'S OFFICE/ MCJ |

| CO-DEFENDANT(S) | COURT CASE NO. | DISPOSITION |
| --- | --- | --- |
| NONE | | |

**ELEMENTS AND RELEVANT CIRCUMSTANCES OF THE OFFENSE:**

AS TO COUNT ONE, ON DECEMBER 9, 2008, DEFENDANT DID UNLAWFULLY, WHILE AT AND  CONFINED IN A PENAL INSTITUTION, WHILE BEING CONVEYED TO AND FROM A PENAL INSTITUTION, AND WHILE UNDER THE CUSTODY OF OFFICIALS, OFFICERS, AND EMPLOYEES OF A PENAL INSTITUTION, POSSESS AND CARRY UPON THE PERSON RAZOR BLADES.

LOS ANGELES COUNTY SHERIFF'S DEPUTIES NOTICED THAT THE DEFENDANT WAS PLAYING A CONTRABAND RECORDING DEVICE  INSIDE HIS CELL MODULE.  WHEN ASKED TO HAND OVER THE RECORDING DEVICE AND ALLOW DEPUTIES TO HANDCUFF HIM, THE DEFENDANT INITIALLY REFUSED. EVENTUALLY, HE HANDED OVER THE CONTRABAND AND ALLOWED DEPUTIES TO HANDCUFF HIM AND SEARCH HIS CELL.

DURING THE SEARCH OF THE DEFENDANT'S CELL, DEPUTIES FOUND ONE LOOSE RAZOR BLADE TAPED UNDERNEATH HIS BUNK.  ANOTHER PARTIAL RAZOR BLADE WAS FOUND HIDDEN IN A CRACK BETWEEN THE TOP OF THE CELL GATE AND THE WALL. DEPUTIES NOTED THAT ALL CELLS IN THAT MODULE ARE CLEANED AND SEARCHED PRIOR TO THE NEXT INMATE BEING HOUSED THERE.  DEPUTIES FORMED THE OPINION THAT THE DEFENDANT HAD BEEN IN POSSESSION OF THE HIDDEN RAZOR BLADES.  HE

1 | WAS CHARGED IN THE PRESENT MATTER.   IT WAS NOTED THAT THE DEFENDANT WAS ALREADY

2 | INCARCERATED ON A CHARGE OF ASSAULT WITH A DEADLY WEAPON.

**PRIOR RECORD:**

| SOURCES OF INFORMATION (THIS PAGE) | | |
|---|---|---|
| ☒ CII | ☐ APS | ☒ TCIS |
| ☒ CCHRS | ☒ DMV | ☐ DEFENDANT |
| ☐ CWS | ☒ JAIN | ☒ PPT+ |
| ☒ FBI | ☐ SRF | ☐ PIMS |
| ☒ OTHER: PROBATION RECORDS | | |

**AKAs:**

DESIREE DIAMOND; MONIQUE; TRINITY

**CRIMINAL REGISTRATION INFORMATION:**

| OFFENDER REGISTRATION | REGISTRATION REQUIRED DUE TO PRIOR CONVICTION | REGISTRATION REQUIRED IF CONVICTION OCCURS ON THE INSTANT CHARGE |
|---|---|---|
| SEX OFFENDER PC 290 PC | ☐ | ☐ |
| DRUG OFFENDER H&S 11590 | ☒ | ☐ |
| ARSON OFFENDER PC 457.1 | ☐ | ☐ |
| CRIMINAL STREET GANG PC 186.30 | ☐ | ☐ |

**JUVENILE HISTORY:**

2-19-91     LOS ANGELES POLICE DEPARTMENT – 243(A) PENAL CODE (BATTERY ON PERSON) – 2-20-91, PETITION FILED, COURT NUMBER TJ01103, 242/243(A) PENAL CODE WAS SUSTAINED; MINOR ORDERED SUITABLE PLACEMENT.

8-26-91     HIGHLAND POLICE DEPARTMENT – 243.4 PENAL CODE (SEXUAL BATTERY) – 8-29-91, SAN BERNARDINO COUNTY JUVENILE COURT TRANSFERRED MINOR TO LOS ANGELES COUNTY. 8-27-91, 777 WIC (FAILED TO OBEY ORDER OF JUVENILE COURT) PETITION FILED, COURT NUMBER TJ01103, SUSTAINED; MINOR ORDERED CAMP COMMUNITY PLACEMENT.

6-4-92     CALIFORNIA HIGHWAY PATROL – 778 WIC – APPLICATION FOR NEW HIRING – 6-11-92, PETITION FILED, COURT NUMBER TJ0103, 777 WIC WAS SUSTAINED; SUITABLE PLACEMENT.

7-20-92     LOS ANGELES COUNTY PROBATION DEPARTMENT – 777 WIC (FAIL TO OBEY ORDER OF JUVENILE COURT), PETITION DATE 7-21-92, CASE NUMBER TJ01103, SUSTAINED 777 WIC, DISPOSITION: CALIFORNIA YOUTH AUTHORITY.

(IT IS NOTED THAT THE DEFENDANT ALSO HAS A JUVENILE RECORD AS A 300 WIC CASE NUMBER JAIN NUMBER 00779713.)

**ADULT HISTORY:**

10-22-92     CALIFORNIA YOUTH AUTHORITY NORWALK, SENTENCE FROM LOS ANGELES COUNTY, 243.4(A) PENAL CODE (SEXUAL BATTERY).

8-27-93     LOS ANGELES SHERIFF'S OFFICE – 242 PENAL CODE (BATTERY) – 1-28-97, BEVERLY HILLS MUNICIPAL COURT, 93N01991, MISDEMEANOR CONVICTION OF 148(A) PENAL CODE; SENTENCED 370 DAYS JAIL.

| | | |
|---|---|---|
| 7-21-96 | LOS ANGELES POLICE DEPARTMENT – 245(A)(1) PENAL CODE (ASSAULT WITH A DEADLY WEAPON: GREAT BODILY INJURY) – 10-1-96, HOLLYWOOD MUNICIPAL COURT, 6HL02393, MISDEMEANOR CONVICTION OF 245(A)(1) PENAL CODE – ASSAULT WITH A DEADLY WEAPON, SENTENCE: 24 MONTHS PROBATION, 90 DAYS JAIL, IMPOSITION OF SENTENCE SUSPENDED, FIREARM RESTRICTION. | |
| 8-2-96 | LOS ANGELES POLICE DEPARTMENT – 245(A)(1) PENAL CODE (ASSAULT WITH A DEADLY WEAPON:  GREAT BODILY INJURY) – 11-4-96, LOS ANGELES CENTRAL SUPERIOR COURT, BA136078, FELONY CONVICTION OF 245(A)(1) PENAL CODE (ASSAULT WITH A DEADLY WEAPON), SENTENCE: THREE YEARS PROBATION, ONE YEAR JAIL, IMPOSITION OF SENTENCE SUSPENDED. 4-23-97, PROBATION REVOKED, TWO YEARS STATE PRISON. 5-15-97 CASD CORRECTIONS, SENTENCE FROM LOS ANGELES COUNTY COURT NUMBER BA136078, TWO YEARS STATE PRISON.  6-19-98 CASD CORRECTIONS, VIOLATION OF PAROLE – TO FINISH TERM. | |
| 2-18-97 | LOS ANGELES POLICE DEPARTMENT – 417(A)(1) PENAL CODE (EXHIBITING DEADLY WEAPON:  NOT FIREARM) – 3-5-97, LAMC, 7CR05508, MISDEMEANOR CONVICTION OF 415(A)(1) PENAL CODE; SENTENCE: THREE YEARS PROBATION, 90 DAYS JAIL, IMPOSITION OF SENTENCE SUSPENDED, FIREARM RESTRICTION. 4-27-00, PROBATION REINSTATED, 90 DAYS JAIL. | |
| 4-5-00 | LOS ANGELES POLICE DEPARTMENT – 594(A) PENAL CODE (VANDALISM) – 4-27-00, AT LAMC, NUMBER 0CR25113, MISDEMEANOR CONVICTION; SENTENCE: 36 MONTHS PROBATION, $100 RESTITUTION. | |
| 6-13-00 | LOS ANGELES POLICE DEPARTMENT – 148 PENAL CODE, 148.9(A) PENAL CODE (FALSE IDENTIFICATION TO A SPECIFIC PEACE OFFICER) – 7-10-00, LAMC, 0HL01376, MISDEMEANOR CONVICTION OF 148.9(A) PENAL CODE; SENTENCE: 24 MONTHS PROBATION, 42 DAYS JAIL.  4-30-02, PROBATION MODIFIED, 90 DAYS JAIL, CONCURRENT. | |
| 10-25-00 | CASP CHINO, VIOLATION OF PAROLE – TO FINISH TERM. | |
| 1-15-02 | LOS ANGELES POLICE DEPARTMENT – 647(B) PENAL CODE (DISORDERLY CONDUCT: PROSTITUTION) – 1-16-02, HOLLYWOOD MUNICIPAL COURT, 2HL00143, MISDEMEANOR CONVICTION OF 647(B) PENAL CODE; SENTENCE: 36 MONTHS PROBATION, WORK $100 RESTITUTION.  4-30-02, PROBATION MODIFIED, 90 DAYS JAIL. | |
| 2-5-02 | LOS ANGELES POLICE DEPARTMENT – 11378 HEALTH AND SAFETY CODE (POSSESSION CONTROLLED SUBSTANCE FOR SALE) – 4-30-02, LOS ANGELES CENTRAL SUPERIOR COURT, NUMBER BA227552, FELONY CONVICTION OF 11378 HEALTH AND SAFETY CODE; SENTENCE: 32 MONTHS STATE PRISON. ON 5-16-02 CASD CORRECTIONS DELANO, SENTENCE FROM LOS ANGELES COUNTY COURT NUMBER BA227552, 32 MONTHS PRISON. | |
| 9-17-04 | LOS ANGELES POLICE DEPARTMENT – 10851(A) VEHICLE CODE (TAKING A VEHICLE WITHOUT OWNER'S CONSENT), 3056 PENAL CODE (VIOLATIOIN OF PAROLE) – 12-13-04, LOS ANGELES CENTRAL SUPERIOR COURT, BA271532, MISDEMEANOR CONVICTION 20002(A) VEHICLE CODE (HIT AND RUN: PROPERTY DAMAGE) COUNT 1 AND 2: SENTENCE: 180 DAY JAIL, CONCURRENT. ALSO CONVICTED FELONY COUNT 3: 2800.2(A) VEHICLE | |

CODE( EVADE PEACE OFFICER:DISREGARD SAFETY) AND COUNT 4: 10851(A) VEHICLE CODE, SENTENCE: THREE YEARS STATE PRISON. ON 1-12-05 CASD CORRECTIONS TEHACHAPI, VIOLATION OF PAROLE, SENTENCE FROM LOS ANGELES COUNTY COURT NUMBER BA271532, COUNT 2: 2800.2(A) VEHICLE CODE, COUNT 3:10851(A) VEHICLE CODE, 3 YEARS PRISON.

7-12-07      LOS ANGELES POLICE DEPARTMENT – HOLLYWOOD – 11379(A) HEALTH AND SAFETY CODE (TRANSPORTATION/ETC CONTROLLED SUBSTANCE), ON 6-12-08, CASE BA325603, DEPARTMENT 130, CONVICTED COUNT 2: 11378 HEALTH AND SAFETY CODE (CONTROLLED SUBSTANCE POSSESSION FOR SALE), SENTENCE: 16 MONTHS STATE PRISON.

7-26-08      LOS ANGELES POLICE DEPARTMENT – 245(A)(1) PENAL CODE (ASSAULT WITH A DEADLY WEAPON) COUNT 1 AND 2, CASE NUMBER BA344100, CONTINUED FOR PRETRIAL CONFERENCE TO 1-22-09 CENTRAL DEPARTMENT 125.

**PROPOSITION 36 ELIGIBILITY:**

PURSUANT TO PC 1210, THE EXCLUSIONARY CRITERIA HAVE BEEN REVIEWED AND THE DEFENDANT HAS BEEN FOUND      FOR PROPOSITION 36.

**DNA**

☒ CII RECORDS INDICATE A VERIFIED DNA SAMPLE IS ON FILE WITH THE CAL-DNA DATA BANK.

☐ CII RECORDS DO NOT INDICATE THAT A DNA SAMPLE HAS BEEN COLLECTED.

☒ SHOULD DEFENDANT BE CONVICTED OF THE INSTANT FELONY CHARGES, THERE IS A REQUIREMENT PURSUANT TO 296 P.C. THAT DEFENDANT WILL NEED TO PROVIDE A DNA SAMPLE.

☐ OTHER:

- 6 - (WILLIAMS,
AKA: LONNIE CLARK WILLIAMS JR. - **X1632518**)
PROB. 19SC (REV. 04/08)

**PERSONAL HISTORY:**

| SOURCES OF INFORMATION (THIS PAGE) | |
|---|---|
| ☒ PROBATION RECORDS | ☒ POLICE REPORT (S) |
| ☐ DEFENDANT | ☐ COURT RECORDS |
| ☒ O.R. REPORT | ☒ OTHER: REFERRAL, CII |

**SUBSTANCE ABUSE:**

_ NO RECORD, INDICATION, OR ADMISSION OF ALCOHOL OR CONTROLLED SUBSTANCE ABUSE.

_ OCCASIONAL SOCIAL OR EXPERIMENTAL USE OF _____ ACKNOWLEDGED.

X SEE ADDITIONAL INFORMATION BELOW:  INDICATION / ADMISSION OF SIGNIFICANT SUBSTANCE ABUSE PROBLEM.

**ADDITIONAL INFORMATION:**

IN ACCORDANCE WITH THE COURT'S ORDER PROHIBITING PROBATION DEPARTMENT INTERVIEWS WITH DEFENDANTS FOR PRE-PLEA PROBATION REPORTS IN LOS ANGELES COUNTY, THE DEFENDANT IN THIS CASE HAS NOT BEEN INTERVIEWED.

HOWEVER, ACCORDING TO PRETRIAL INFORMATION DATED FEBRUARY 8, 2002, AT THAT TIME THE DEFENDANT STATED HE CONSUMED ALCOHOL TWICE PER YEAR.  FOR THE PREVIOUS THREE YEARS HE HAD BEEN INJECTING "SPEED" AND SMOKING "WEED" ON A DAILY BASIS.  HE HAD NOT PARTICIPATED IN A DRUG  REHABILITATION PROGRAM.

**PHYSICAL / MENTAL / EMOTIONAL HEALTH:**

_ NO INDICATION OR CLAIM OF SIGNIFICANT PHYSICAL / MENTAL / EMOTIONAL HEALTH PROBLEM.

X SEE ADDITIONAL INFORMATION BELOW:  INDICATION / CLAIM OF SIGNIFICANT PHYSICAL / MENTAL / EMOTIONAL HEALTH PROBLEM.

**ADDITIONAL INFORMATION:**

IN FEBRUARY 2002 THE DEFENDANT STATED HE HAD ASTHMA.

**PERSONAL HISTORY:**
     **(CONTINUED)**

| SOURCES OF INFORMATION (THIS PAGE) | |
|---|---|
| ☒ PROBATION RECORDS | ☒ POLICE REPORT (S) |
| ☐ DEFENDANT | ☐ COURT RECORDS |
| ☒ O.R. REPORT | ☒ OTHER: REFERRAL, CII |

| RESIDENCE | TYPE RESIDENCE<br>UNKNOWN | LENGTH OF OCCUPANCY<br>UNKNOWN | MONTHLY<br>UNKNOWN | RESIDES WITH/RELATIONSHIP<br>UNKNOWN |
|---|---|---|---|---|
| RESIDENTIAL STABILITY LAST FIVE YEARS<br>UNKNOWN | | CAME TO STATE / FROM<br>BORN | | CAME TO COUNTY / FROM<br>SAME |

**ADDITIONAL INFORMATION:**

THE DEFENDANT WAS BORN IN COMPTON, CALIFORNIA.

| MARRIAGE / PARENTHOOD | MARITAL STATUS | NAME OF<br>UNKNOWN |
|---|---|---|
| LENGTH OF UNION<br>UNKNOWN | NO. OF CHILDREN THIS UNION<br>UNKNOWN | SUPPORTED BY<br>UNKNOWN |
| NO. PRIOR MARRIAGES/COHABITATIONS<br>MARRIAGES:    UNKNOWN<br>COHABITATIONS:    UNKNOWN | NO. OF CHILDREN THESE UNIONS<br>MARRIAGES:    UNK<br>COHABITATIONS:    UNK | SUPPORTED BY<br>UNKNOWN |
| NO. OF OTHER CHILDREN<br>UNKNOWN | SUPPORTED BY<br>UNKNOWN | |

**ADDITIONAL INFORMATION:**

**FORMAL EDUCATION:**
THE DEFENDANT INDICATED HE COMPLETED THE 12TH GRADE AND IS A CERTIFIED PARALEGAL.

**PERSONAL HISTORY:**
(CONTINUED)

| SOURCES OF INFORMATION (THIS PAGE) | |
|---|---|
| ☒ PROBATION RECORDS | ☒ POLICE REPORT (S) |
| ☐ DEFENDANT | ☐ COURT RECORDS |
| ☒ O.R. REPORT | ☒ OTHER: REFERRAL, CII |

| EMPLOYMENT STATUS | ☐ EMPLOYED ☐ UNEMPLOYED | EMPLOYER AWARE OF PRESENT OFFENSE ☐ N/A   ☐ YES   ☐ NO |
|---|---|---|

| PRESENT/LAST EMPLOYER/ADDRESS/PHONE | OCCUPATION | PERIOD OF EMPLOYMENT | GROSS MONTHLY WAGE |
|---|---|---|---|
| UNKNOWN | UNKNOWN | UNKNOWN | UNKNOWN |
| | EMPLOYMENT STABILITY LAST 5 YEARS | TYPE OF PREVIOUS EMPLOYMENT | |
| ☐ VERIFIED ☐ UNVERIFIED | UNKNOWN | SALES, LABORER, COUNSELOR | |

**ADDITIONAL INFORMATION:**

| FINANCIAL STATUS | INCOME STABILITY | NET MONTHLY INCOME |
|---|---|---|
| | UNKNOWN | UNKNOWN |

| PRIMARY INCOME SOURCE | SECONDARY INCOME SOURCE(S) | ESTIMATED. TOTAL ASSETS | ESTIMATED. TOTAL LIABILITIES |
|---|---|---|---|
| UNKNOWN | UNKNOWN | UNKNOWN | UNKNOWN |

**MAJOR ASSETS / ESTIMATED VALUE**
UNKNOWN

**MAJOR LIABILITIES / ESTIMATED AMOUNT (MONTHLY)**
UNKNOWN

**ADDITIONAL INFORMATION:**

| GANG ACTIVITY | ☐ YES ☐ NO ☒ UNK | Name of Gang: _____ |
|---|---|---|

**ADDITIONAL INFORMATION:**

**DEFENDANT'S STATEMENT:**

                IN ACCORDANCE WITH THE COURT'S ORDER PROHIBITING PROBATION DEPARTMENT INTERVIEWS WITH DEFENDANTS FOR PREPLEA PROBATION REPORTS IN LOS ANGELES COUNTY, THE DEFENDANT IN THIS CASE HAS NOT BEEN INTERVIEWED.

**INTERESTED PARTIES:**

                THE PROBATION OFFICER WAS UNSUCCESSFUL IN REACHING DETECTIVE R. BAYES, OF THE LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; (213) 974-0101 FOR A STATEMENT IN THE PRESENT MATTER

                THE PROBATION OFFICER WAS ALSO UNABLE TO CONTACT THE DEFENDANT'S PAROLE AGENT W. FLORES AT THE ANTELOPE VALLEY 2 PAROLE OFFICE, (661) 729-0530 FOR INFORMATION ON THE DEFENDANT'S PAROLE STATUS. A MESSAGE HAD BEEN LEFT REQUESTING THAT HE CONTACT THE PROBATION OFFICER.

**EVALUATION:**

                IF CONVICTED IN THE PRESENT MATTER, THE DEFENDANT WOULD NOT APPEAR TO BE AN APPROPRIATE CANDIDATE FOR PROBATION. HE HAS A SIGNIFICANT PRIOR RECORD BOTH AS A JUVENILE AND AS AN ADULT. HE HAS RECEIVED PRIOR GRANTS OF PROBATION AS WELL AS CALIFORNIA YOUTH AUTHORITY AND STATE PRISON COMMITMENTS. HE APPEARS TO HAVE A PROPENSITY TO INVOLVE HIMSELF IN WEAPONS RELATED OFFENSES. ADDING TO HIS PROBLEMS ARE HIS PENDING MATTER IN CASE BA344100 IN WHICH HE IS CHARGED WITH ASSAULT WITH A DEADLY WEAPON AND HIS ACTIVE PAROLE STATUS.

                AT THIS JUNCTURE, IT IS THE PROBATION OFFICER'S OPINION THAT PROBATION IS NOT WARRANTED. THE DEFENDANT WAS FOUND TO BE IN POSSESSION OF RAZOR BLADES WHILE IN CUSTODY ON ANOTHER MATTER AND ALSO ON PAROLE. HE APPEARS TO CONTINUE TO POSE A REAL AND SERIOUS THREAT TO THE SAFETY OF THE COMMUNITY. HE HAS HAD PRIOR OPPORTUNITIES FOR PROBATION SUPERVISION. HE HAS NOT BEEN DETERRED BY PRIOR MEASURES INCLUDING STATE PRISON COMMITMENTS. THEREFORE, THE PROBATION OFFICER WOULD RECOMMEND THAT A HIGH BASE STATE PRISON TERM WOULD BE THE MOST APPROPRIATE.

**SENTENCING CONSIDERATIONS:**

DEFENDANT APPEARS TO BE INELIGIBLE FOR PROBATION SHOULD THE ALLEGATION PURSUANT TO 1170.12(A)-(D) BE SUSTAINED.   HE WOULD ALSO WOULD APPEAR INELIGIBLE FOR PROBATION UNLESS THE COURT DETERMINES THAT THIS IS AN UNUSUAL  CASE SHOULD THE ALLEGATION PURSUANT TO 1203(E)(4) PENAL CODE BE SUSTAINED.

**CIRCUMSTANCES IN AGGRAVATION:**

1.   THE MANNER IN WHICH THE CRIME WAS CARRIED OUT INDICATES PLANNING, SOPHISTICATION, OR PROFESSIONALISM.

2.   THE DEFENDANT'S PRIOR CONVICTIONS AS AN ADULT OR SUSTAINED PETITIONS IN JUVENILE DELINQUENCY PROCEEDINGS ARE NUMEROUS OR OF INCREASING SERIOUSNESS.

3.   THE DEFENDANT HAS SERVED A PRIOR PRISON TERM.

4.   THE   DEFENDANT'S   PRIOR   PERFORMANCE   ON   PAROLE   WAS UNSATISFACTORY.

5.   THE   DEFENDANT   WAS   ON   PAROLE   WHEN   THE   CRIME   WAS COMMITTED.

**CIRCUMSTANCES IN MITIGATION:**

1.   NONE.

- 11 -  (WILLIAMS,
AKA: LONNIE CLARK WILLIAMS JR. - **X1632518**)
PROB. 19SC (REV. 04/08)

THE FACTORS IN AGGRAVATION OUTWEIGH ANY IN MITIGATION AND WARRANT THE IMPOSITION OF THE HIGH BASE TERM.

**RECOMMENDATION:**

SHOULD THE DEFENDANT BE CONVICTED OF THE CRIMINAL CHARGES, IT IS RECOMMENDED THAT PROBATION BE DENIED AND THAT DEFENDANT BE SENTENCED TO STATE PRISON WITH PREIMPRISONMENT CREDIT; THAT THE COURT ORDER THE DEFENDANT TO PAY A RESTITUTION FINE PURSUANT TO SECTION 1202.4 PENAL CODE IN A MANNER AS INSTRUCTED BY THE COURT, TOTAL AMOUNT TO INCLUDE A SERVICE CHARGE.

1

**RECOMMENDATION PURSUANT TO 1203.1 P.C:**

2

     SHOULD THE DEFENDANT BE CONVICTED, IT IS RECOMMENDED THAT THE DEFENDANT BE ORDERED,

3

PURSUANT TO PENAL CODE 1203.1B, TO APPEAR BEFORE THE PROBATION OFFICER, OR HIS AUTHORIZED

4

REPRESENTATIVE, TO MAKE AN INQUIRY INTO THE ABILITY OF THE DEFENDANT TO PAY ALL OR A PORTION

5

OF THE COSTS OR SERVICES PROVIDED BY THE PROBATION OFFICER, THAT THE DEFENDANT BE ORDERED

6

TO REPORT TO THE PROBATION OFFICER WITHIN TWO (2) WORKING DAYS OF RELEASE FROM COURT OR

7

CUSTODY AT THE CENTRAL ADULT INVESTIGATIONS AREA OFFICE AT 210 W. TEMPLE ST., RM 3-516,

8

LOS ANGELES, CA 90012.

9

10

RESPECTFULLY SUBMITTED,

11

ROBERT TAYLOR
CHIEF PROBATION OFFICER

12

                                                             **READ AND APPROVED BY:**

13

14

BY: _____

JILL NAKASAKO, **DPO**
TELEPHONE:  (310) 222-2645
HARBOR  AREA OFFICE

                                _____

                                  MARION MARTIN, JR.,**S DPO**
                                  TELEPHONE:  (310) 222-2874

15

16

               SUBMITTED: 01/14/2009 TYPED: 01/16/2009   BY: JN:RTVSQ   (8)

17

     **I HAVE READ AND CONSIDERED THE FOREGOING REPORT OF THE PROBATION OFFICER.**

18

19

20

         _____         _____
              JUDGE OF THE SUPERIOR COURT               DATE

21

22

           IF PROBATION IS GRANTED, THE DEFENDANT SHALL  REPORT TO

23

CENTRAL ADULT INVESTIGATIONS AREA OFFICE AT 210 W. TEMPLE ST., RM 3-516,

24

LOS ANGELES, CA 90012.

25

26

27

28

- 13 - (WILLIAMS,
AKA: LONNIE CLARK WILLIAMS JR. - **X1632518)**
PROB. 19SC (REV. 04/08)

## Grant of probation (PC 1203)

1. ☐ Serve _____days in the Los Angeles County jail. ☐ consecutive to _____ ☐ concurrent with _____ ☐ all other time.
   ☐ Defendant to receive custody credit of _____ days actual plus _____days GT/WT for a total of_____. ☐ Time may be served in any penal institution.
2. ☐ Last _____ days of jail time to be served in ☐ Antelope Valley Rehabilitation Center at Acton or Warm Springs, California (827)
   ☐ residential program _____
   Defendant to be released only to an authorized representative of that program and is to comply with all program terms and conditions.
   If defendant leaves or is discharged from the program for any reason prior to completion, defendant is to report to court on the next day court is in session. (013)
3. ☐ Perform _____ days/hours of work for Community Labor (Cal-Trans, Graffiti Removal, etc.)/Community service/_____
4. ☐ Pay a fine in the sum of $_____ plus penalty assessments or in default thereof serve _____ days in County jail, consecutive.

5. ☐ Make restitution to victim _____pursuant to PC 1202.4(f) in the sum of $_____. (048)
   ☐ in an amount and in the manner prescribed by the Probation Officer, subject to a hearing if requested. (068)
   ☐ in the stipulated sum of $_____. (048) in a sum stipulated not to exceed $_____. (048) per any final civil judgment against you. (119)
6. ☐ Obey all laws, and orders of the court and all rules, regulations and instructions of the Probation Officer. (541/542)
7. ☐ Report to the Probation Officer within 48 hours of your release from custody at the _____ Probation Office. (817)
8. ☐ Cooperate with the Probation Officer in a plan for (530) ☐ drug treatment and rehabilitation ☐ _____.
9. ☐ Complete an approved ☐ 52 ☐ 26 _____ week ☐ sex offender ☐ domestic violence☐ _____counseling program.
10. ☐ Seek and maintain training, schooling or employment as directed by the probation officer. (500)
11. ☐ Maintain residence as approved by the Probation Officer (536) and keep the Probation Officer advised of your work and home address and telephone number at all times. (564)
12. ☐ Support dependents as directed by the Probation Officer. (503)

13. ☐ Submit your person and property to search and seizure at any time of the day or night by any Probation Officer or other peace officer, with or without a warrant, probable cause reasonable suspicion. (576)
14. ☐ Do not own, use or threaten to use, possess, buy or sell any deadly or dangerous weapons, including but not limited to firearms or other concealable weapons. (230)
15. ☐ Do not use or threaten to use force or violence against any person. Do not annoy, molest, harass, intimidate or contact directly or indirectly, any victim or witness in this case, especially_____.(913)
16. ☐ Stay 100 yards away from and have no contact with _____.(904)
17. ☐ Stay    100 yards from the location of ☐ the arrest ☐ _____
18. ☐ Obey the Protective Order issued in this or any other case. (579) Defendant is served with a copy of the Protective Order in open court. (578)

19. ☐ Do not own, use, possess, buy or sell any controlled substances, or associated paraphernalia, except with valid prescription, and stay away from places where users, buyers, or sellers congregate. Do not associate with persons known by you to be controlled substance users or sellers, except in an authorized treatment program. (926)
20. ☐ Submit to periodic controlled substance testing when requested by the Probation Officer or any other peace officer. (584)
21. ☐ Register with your local police agency as a ☐ controlled substance – H&S 11590 (925) ☐ sex PC 290 (927) ☐ arson PC 457.1 (902) ☐ gang member – PC 186.30 (877) offender, carry proof o registration at all times and display registration to any peace officer upon request.

22. ☐ Abstain from the use of all alcoholic beverages and stay out of places where they are the chief item of sale. (300)
23. ☐ Use only your true name, stated to be _____. (924) ☐ Do not give false information to any peace officer at any time. (535)
24. ☐ If you leave or are deported from the United States, do not re-enter it illegally. If you do re-enter the United States, report to the Probation Officer within 72 hours o your return and show proof that you are lawfully within the United States. (469)

25. ☐ Do not drive a motor vehicle without a valid driver's license in your possession or without liability insurance in at least the minimum amounts required by law. (374)
26. ☐ Submit to AIDS test, pursuant to 1202.1(a) PC. (668)
27. ☐ Provide a DNA sample and print impressions pursuant to PC 296 and 296.1. (790)

---

28. ☐ Do not associate with any persons known by you to be criminal street gang members, affiliates, or associates, and stay away from all places where you know such persons congregate, except in an authorized anti-gang program. (918) Do not own, possess, or wear any criminal street gang paraphernalia, or exhibit any indicia of criminal street gang affiliation, including, but not limited to, dressing in, displaying or wearing any clothing, "colors" or other insignia associated with any street gang, or making, displaying, using or "flashing" any hand signs or signals associated with any criminal street gang. (916)  Obey any gang injunction that applies to you. (399)
29. ☐ Do not remain in any vehicle or location where any dangerous or deadly weapon is possessed nor remain in the presence of any unlawfully armed person. (933)
30. ☐ Do not open, possess, use, or attempt to open, use or obtain any bank account, loan, check, draft, order of withdrawal, debit card, ATM card, credit card or other account access card, except in your true name and with your true identifying information.
31. ☐ Do not be within 100 yards of any public place, or in any vehicle, where you know illegal controlled substances or illegal weapons are present, or where you know the vehicle is stolen or being operated without the owner's consent.

---

32. ☐ Pay all of the following (check all that apply):
   ☐ A restitution fine of ☐ $200.00. ☐ $_____, per PC 1202.4(b) through (3).  The restitution fine is calculated per formula set out in PC 1202.4(b)(2).
   ☐ A parole revocation restitution fine of ☐ $200.00 $ per PC 1202.44, payment is stayed until probation is revoked and sentence imposed.
   ☐ A probation revocation restitution fine of $200.00, ☐ $_____, per PC 1202.44, payment is stayed until probation is revoked and sentence imposed.
   ☐ A court security fee of $20.00 per PC 1465.8(a)(1).  (ADL SA:SF)
   ☐ Cost of probation services,  as determined by the Probation Officer, subject to a hearing if requested ☐ in the amount of $_____ per month.
   ☐ A crime lab drug analysis fee of $50.00 plus penalty assessment pursuant to H&S Code 11372.5
   ☐ A crime prevent fine of $10.00 per PC 1202.5 (PC theft-related and vandalism cases).  (ADL SA:CP)
   ☐ A sex offender fine of $200.00 (1st offense)  $300 (2nd and subsequent offense) per PC 290.3
   ☐ A criminal justice administration reimbursement fee of $_____ payable to the local arresting agency, per Gov't Code 29550.1 or Gov't Code 29550.2.
   ☐ _____

---

33. ☐ _____

# ADULT COMMITMENT TRANSMITTAL

**ROUTING**
1. RETAIN GREEN COPY FOR PROBATION CASE FILE.
2. SEND 1ST & 2ND COPIES, WITH CARBON INTACT AND NECESSARY REPORTS ATTACHED TO:

    STATE COMMITMENT EXPEDITER
    320 W. TEMPLE ST., SUITE 180
    LOS ANGELES, CA  90012

THE LOS ANGELES COUNTY PROBATION DEPARTMENT STATE COMMITMENT EXPEDITER TRANSMITS THIS FORM AND ATTACHED REPORTS TO:

☐ CALIFORNIA YOUTH AUTHORITY
☐ DEPARTMENT OF CORRECTIONS
☐ DEPARTMENT OF MENTAL HYGIENE

EXPEDITER STAMP

| SEX | DEFENDANT'S NAME – LAST, FIRST, MIDDLE INITIAL | EXPEDITER USE ONLY |
|---|---|---|
| M ☒  F ☐ | WILLIAMS, LONNIE C. | CDC NO. _ _ |
| | | DELIVERY DATE |

| PROBATION NO. | INVESTIGATION | SUPERVISION | |
|---|---|---|---|
| X01632518 | AREA OFFICE **HARBOR_**  DPO NO. **C-81_** | AREA OFFICE _  DPO NO. _ | |

| DATE OF COURT ORDER | | | COMMITTING COURT | DISTRICT | COURT – DEPT/DIV | COURT CASE NO. / DEFENDANT ID |
|---|---|---|---|---|---|---|
| MONTH  1 | DAY  23 | YEAR  09 | CRIMINAL JUSTICE CENTER | CENTRAL | 36 | BA351141 01 |

SHERIFF'S BOOKING NUMBER
1562403

| PAROLE STATUS | ORDERED COMMITTED TO: |
|---|---|
| ☐ NOT ON PAROLE  ☒ ACTIVE CASE | ☐ PRISON (1203.03 P.C.)  ☐ HOSPITAL (MDSO OR OTHER DMH)  ☐ CYA |
| ☐ CYA  ☐ DEPT. OF CORRECTIONS  ☐ C.R.C. | ☐ CYA DIAGNOSTIC STUDY (707.2 W.I.C.)  ☒ STATE PRISON |
| STATE NO. CDC# T54378_ | ☐ PRISON (1170 P.C.) |
| TERMINATION DATE **3-4-2011_** | ☐ PRISON (1731.5 (C) ) |

| REPORTS ATTACHED | CYA DIAG. | CYA | STATE PRISON | DMH |
|---|---|---|---|---|
| | REQUIRED COPIES OF EACH | | | |
| 1. P&S INVESTIGATION REPORTS (ALL) | 3 | 3 | 1 | 1 |
| 2. VIOLATION / MODIFICATION / SUPPLEMENTAL REPORTS | N/A | 3 | 1 | 1 |
| 3. AVAILABLE PSYCHIATRIC OR PSYCHOLOGICAL REPORTS | 2 | 2 | | |
| 4. AVAILABLE MEDICAL REPORTS | 2 | 2 | | |
| 5. AVAILABLE DEPARTMENT OF MENTAL HYGIENE REPORTS | 2 | 2 | | |
| 6. YOUTH AUTHORITY FORM NO. Y.A. 1.411 | 1 | 1 | | |
| 7. ARREST REPORT ON OFFENSES (S) REFERRED | 2 | | | |
| 8. CALIFORNIA EDUCATIONAL CUMULATIVE RECORD / SCHOOL REPORT | 1 | | | |

REVIEWED FOR COMPLETENESS
AND MAILED BY

<u>PROOF OF SERVICE BY MAIL</u>

STATE OF CALIFORNIA          )
                             ) SS
COUNTY OF  SAN DIEGO )

[C.C.P. §§ 446, 2015.5; 28 U.S.C. §1746]

       I, *Ms. Lonnie Williams*, am a resident of the State of California and am over the age of eighteen years and am ■ a party to the above-entitled action.  My address is listed below.

      On *January 10 , 2012* , I served the following documents:
Complaint Under the Civil Rights Act 42 USC § 1983, Exhibit (A), Probation Report, Application To Proceed In Forma Pauperis.

by placing a true copy thereof enclosed in a sealed envelope with First Class postage thereon fully prepaid in the United States Mail by delivering to prison officials for processing through the Institution's internal legal mail system at San Diego California, addressed as follows::

     United States District Court
     Southern District of California
       Attn: Clerk of the Court
       880 Front Street, Rm. 4290,
     San Diego, CA  92101- 8900

      I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.  Executed in the County of San Diego, California on *January 10 , 2012*

ms. Lonnie Williams, T54378
RJDCF  480 Alta Road
P.O. Box  799002
San Diego, CA    92179-900**2**

     (s) *Lonnie Williams* (signature)

Pursuant to the holding of the United States Supreme Court in <u>Houston v. Lack</u> 108 S. Ct. 2379, 487 U.S. 266, 101 L.Ed.2d 245 (1988) and FRAP, Rule 4 (c) inmate legal documents are deemed filed on the date they are delivered to prison staff for processing and mailing via the Institution's internal legal mail procedures.

PAGE 28 OF 28 PAGES.

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Lonnie Williams

2254 198

FILING FEE PAID
Yes          No

IFP MOTION FILED
Yes          No

COPIES SENT TO
Court      ProSe

**DEFENDANTS**
Daniel Paramo, et al

FILED

JAN 12 2012

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPU

**(b)** County of Residence of First Listed Plaintiff **San Diego**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Lonnie Williams
PO Box 799002
San Diego, CA 92179
T-54378

Attorneys (If Known)

'12 CV 0113 BTM RBB

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
x 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**   **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane   ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability   ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander   ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine   **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability   ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle   ☐ 371 Truth in Lending | ☐ 690 Other | **LABOR** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability   ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury   ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS**   **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting   ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment   **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations   ☐ 530 General | **IMMIGRATION** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare   ☐ 535 Death Penalty | ☐ 462 Naturalization Application | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment   ☐ 540 Mandamus & Other | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other   x 550 Civil Rights | ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights   ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

x 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42:1983
Brief description of cause:
Prisoner Civil Rights

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 30,000,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: x Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE 1/12/12
SIGNATURE OF ATTORNEY OF RECORD SK Hoestenbach

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Ms. Lonnie Williams, #T-54378,
R.J.D. Correctional Facility
      FB-7-234-Lower
      480 Alta Road
      P.O. Box # 799002
San Diego, CA 92179-9002

STATE PRISON

016H26519013

$05.200
01/11/2012
Mailed from 92179
US POSTAGE

LEGAL-CONFIDENTIAL MAIL
Mailed: January 10th, 2012

United States District Court
Southern District of California
Attn: Clerk of the Court
880 Front Street
Rm.# 4290
San Diego, CA 92101-8900.

California Department of
Corrections and Rehabilitation.

1/9/12

RECEIVED

JAN 12 2012

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY